# UNITED STATES DISTRICT COURT
# PLEA MINUTES

Date: **10/21/2016**  
Time: **11:00 – 11:33**

Case No.: **1:15-CR-00178-002**  
Interpreter:  
Language:

***Change of Plea Hearing**

Defendant w/d his NG plea and PG to Count 1s of the Criminal Information. Court accepts plea.  
Sentencing scheduled for **January 25, 2017 @ 9:00 a.m.**

**HONORABLE ANTHONY J. TRENGA**, United States District Judge, Presiding

| Janice Allen | Rhonda Montgomery |
|---|---|
| Courtroom Deputy | Court Reporter |

UNITED STATES OF AMERICA

v.

Deft's Appeared: **X** in person  ___ FTA  
 **X** with Counsel  ___ without Counsel  
___ through Counsel

## MICHAEL J. RANDLES

| Juan Milanes | Grace Hill/Nathan Dimock/Michael O'Neill |
|---|---|
| Counsel for Defendant | Counsel for Government |

**Matter called for**:  
[ ] Pre Indictment Plea    [**X**] Change of Plea    [ ] Plea Agreement

**Filed in open court under seal**:  
[**X**] Information   [**X**] Plea Agreement   [**X**] Statement of Facts   [**X**] Waiver of Indictment  
[ ] Consent Order of Forfeiture

**Arraignment & Plea**:  
[ ] WFA    [**X**] FA    [**X**] PG

[**X**] Deft entered a Plea of Guilty to Count 1s of the [ ] Indictment [**X**] Information  
[**X**] Plea accepted.  
[**X**] Government's Motion to dismiss the Indictment.  
[**X**] Order entered.  
[**X**] Deft Directed to USPO    [**X**] Yes    [ ] No  
[**X**] Case continued to **1/25/2017** at **9:00 a.m.,** for:  
[ ] Jury Trial   [ ] Bench Trial  [ ] Pre-Guidelines Sentencing   [**X**] Guidelines Sentencing  
[ ] Deft Remanded    [ ] Deft Released on Bond    [**X**] Deft Continued on bond  
Def. Counsel requests that the deft. be placed on a curfew as a condition of release as opposed to home detention. The govt. objects.   The Court denies the def. request and the deft. is continued on the same terms and conditions of his bond.
- Cancel previously scheduled Jury Trial of: 11/07/2016